

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2016

No. 04-16-00017-CR

James **MOODY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 413867
The Honorable Robert Behrens, Judge Presiding

# O R D E R

Appellant's brief was originally due May 2, 2016, but was not filed. On May 6, 2016, the court notified counsel for appellant that the brief was late. On May 19, 2016, counsel for appellant filed a motion for extension of time to file brief until June 20, 2016, which was granted. On June 22, 2016, the court notified counsel for appellant that the brief was late. On July 5, 2016, counsel for appellant filed a second motion for extension of time to file appellant's brief requesting an additional 30 days.

Appellant's motion is granted in part. We order counsel for appellant, Pat Montgomery, to file appellant's brief no later than August 1, 2016. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2016.



Keith E. Hottle
Clerk of Court